AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| ULISES FERNANDEZ MIRO, an individual <br><br> *Plaintiff(s)* <br> v. <br> JOHN DOE, an individual; and <br> BINANCE HOLDINGS, LTD. d/b/a Binance, <br> a foreign company <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) | 22-cv-80399-SMITH/MAYNARD |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* BINANCE HOLDINGS, LTD.
International Corporation Services Ltd.
2nd Floor - Harbour Place - North Wing
103 South Church Street
George Town, Grand Cayman KY1-1106
Cayman Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David C. Silver, Esq.
Jason S. Miller, Esq.
Silver Miller
4450 NW 126th Ave. - Suite 101
Coral Springs, FL 33065
E-mail: DSilver@SilverMillerLaw.com; JMiller@SilverMillerLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 15, 2022



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Bonnie Bernard*
Deputy Clerk
U.S. District Courts