UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-80399-RS

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance,
a foreign company;

    Defendants.
_____/

## NOTICE OF APPEARANCE

Daniel L. Rashbaum, Esq., of Marcus Neiman Rashbaum & Pineiro LLP, hereby enters his appearance on behalf of Defendant Binance Holdings, Ltd. ("Binance") in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Dated: April 15, 2022

                Respectfully submitted,

                /s/ Daniel L. Rashbaum
                Daniel L. Rashbaum
                Fla. Bar No. 75084
                drashbaum@mnrlawfirm.com

                **MARCUS NEIMAN**
                **RASHBAUM & PINEIRO LLP**

                2 South Biscayne Boulevard, Suite 2530
                Miami, Florida 33131
                Telephone: (305) 400-4261

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List.

        By:    <u>/s/ Daniel L. Rashbaum</u>
                Daniel L. Rashbaum