# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO. 22-CV-80399-RS

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance,
a foreign company;

    Defendants.

_____/

## NOTICE OF APPEARANCE

Michael A. Pineiro, Esq., of Marcus Neiman Rashbaum & Pineiro LLP, hereby enters his appearance on behalf of Defendant Binance Holdings, Ltd. ("Binance") in the above-captioned matter and respectfully requests that copies of all future pleadings, orders, and other papers be provided to the undersigned.

Dated: April 15, 2022

    Respectfully submitted,

**MARCUS NEIMAN
RASHBAUM & PINEIRO LLP**

By: /s/ Michael A. Pineiro
Michael A. Pineiro
Fla. Bar No. 41897
mpineiro@mnrlawfirm.com

One Biscayne Tower
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Telephone: (305) 400-4268

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, a true and correct copy of the foregoing Notice of Appearance was served via CM/ECF on all counsel or parties of record on the Service List.

        By: /s/ Michael A. Pineiro
           Michael A. Pineiro