UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-80399-RS

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance,
a foreign company;

    Defendants.
_____/

## CERTIFICATION OF KAREN R. KING

Karen R. King, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State of New York Bar, Supreme Court of the United States, the United States, United States District Court for the Southern District of New York, United States District Court for the Eastern District of New York, United States District Court for the Northern District of New York, United States District Court for the Western District of New York, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Sixth Circuit and the United States Court of Appeals for the Eleventh Circuit.; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

*Karen R. King*
Karen R. King

1