# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80399-RS**

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company;

    Defendants.

_____/

## PLAINTIFF'S MOTION ON CONSENT TO ENLARGE BRIEFING DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS COMPLAINT

Plaintiff ULISES FERNANDEZ MIRO, an individual ("Plaintiff"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 7 and S.D. Fla. L.R. 7.1, **and with the consent of Defendant BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company ("Defendant BINANCE")**, respectfully moves this Honorable Court for entry of an Order extending through and including **May 12, 2022** Plaintiff's deadline to file a memorandum of law in response to Defendant BINANCE's Motion to Dismiss the Complaint and extending through **May 31, 2022** Defendant BINANCE's deadline to file a reply memorandum. In support of this Motion, Plaintiff states as follows:

1. On March 14, 2022, Plaintiff filed his Complaint in the instant action, alleging, *inter alia*, causes of action for: (1) Conversion, and (2) Aiding and Abetting Conversion [Docket Entry No. ("DE") 1].

2. On April 19, 2022, Defendant BINANCE filed a Motion to Dismiss the Complaint (the "Motion to Dismiss"). [DE 8].

3. Pursuant to S.D. Fla. Local Rule 7.1(c)(1), Plaintiff's response to the Motion to Dismiss is due to be served on or before May 2, 2022.

Civil Action No. 9:22-cv-80399-RS

4. The Motions to Dismiss present a wide variety of intricate legal arguments concerning jurisdictional and other substantive topics and will require an extensive response be prepared to assist the Court in making a proper ruling on the Motion.

5. Counsel for Plaintiff has requested, and counsel for Defendant BINANCE has consented to, a ten (10) day enlargement of time through and including **May 12, 2022** for Plaintiff to file a response memorandum to address the arguments raised in the Motion to Dismiss.

6. Counsel for the parties have also agreed that Defendant BINANCE may have an enlargement of time through and including **May 31, 2022** for Defendant BINANCE to file a reply memorandum addressing the arguments presented in Plaintiff's opposition to the Motion to Dismiss.

7. In light of the foregoing, Plaintiff respectfully requests, with Defendant BINANCE's consent, that the Court extend the parties' briefing deadlines on the Motion to Dismiss thusly:

| | |
|---|---|
| May 12, 2022 | Plaintiff's deadline to file Response Memo |
| May 31, 2022 | Defendant BINANCE's deadline to file Reply Memo |

8. This enlargement of time is requested to allow the parties and their counsel to properly prepare and present the parties' positions on the legal matters in dispute in this action.

9. This is the first motion for enlargement of time to prepare, file, and serve memoranda of law in connection with Defendant BINANCE's Motion to Dismiss.

10. This motion is made before the expiration of the periods prescribed by the Federal Rules of Civil Procedure and the Local Rules of Court, is made in good faith, is not sought for the purpose of delay, and will not prejudice any party.

WHEREFORE, Plaintiff ULISES FERNANDEZ MIRO, with the consent and approval of Defendant BINANCE HOLDINGS, LTD. d/b/a Binance, respectfully requests that the Court enter an Order:

Civil Action No. 9:22-cv-80399-RS

   (a)  extending through and including **May 12, 2022** Plaintiff's deadline to file a response memorandum to address the arguments raised in Defendant BINANCE's Motion to Dismiss;

   (b)  extending through and including **May 31, 2022** Defendant BINANCE's deadline to file a reply memorandum addressing the arguments presented in Plaintiff's opposition to the Motion to Dismiss; and

   (c)  granting such other relief as the Court deems just and appropriate.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

In accordance with Rule 7.1(a)(3) of the Local Rules of the United States District Court - Southern District of Florida, the undersigned attorneys for Plaintiff certify that in good faith, before filing this motion, they communicated with counsel for Defendant BINANCE, who consented to the relief requested herein.

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:    (954) 516-6000

By:  */s/ David C. Silver*
      DAVID C. SILVER
      Florida Bar No. 572764
      E-mail: DSilver@SilverMillerLaw.com
      JASON S. MILLER
      Florida Bar No. 072206
      E-mail: JMiller@SilverMillerLaw.com

*Counsel for Plaintiff Ulises Fernandez Miro*

Civil Action No. 9:22-cv-80399-RS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __29th__ day of April 2022 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **DANIEL L. RASHBAUM, ESQ.**, MARCUS NEIMAN & RASHBAUM LLP, *Counsel for Defendant Binance Holdings, Ltd.*, 2 South Biscayne Boulevard - Suite 2530, Miami, Florida 33131, E-mail: drashbaum@mnrlawfirm.com; and **KAREN R. KING, ESQ.**, MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C., *Counsel for Defendant Binance Holdings, Ltd.*, 565 Fifth Avenue, New York, New York 10017, E-mail: kking@maglaw.com.

               */s/ David C. Silver*
               DAVID C. SILVER