# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Civil Action No. 9:22-cv-80399-RS

ULISES FERNANDEZ MIRO, an individual,

     Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company;

     Defendants.

_____/

### ORDER GRANTING
### PLAINTIFF'S MOTION ON CONSENT TO
### ENLARGE BRIEFING DEADLINES REGARDING
### DEFENDANT'S MOTION TO DISMISS COMPLAINT

**THIS MATTER** having been brought before the Court upon the motion filed by Plaintiff ULISES FERNANDEZ MIRO, an individual ("Plaintiff"), with the consent of Defendant BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company ("Defendant BINANCE"), for entry of an Order extending through and including **May 12, 2022** Plaintiff's deadline to file a memorandum of law in response to Defendant BINANCE's Motion to Dismiss the Complaint [Docket Entry No. ("DE") 8] and extending through **May 31, 2022** Defendant BINANCE's deadline to file a reply memorandum; and the Court having considered the moving papers and having been otherwise duly advised in the circumstances surrounding the motion; and for good cause shown; it is

**ORDERED AND ADJUDGED** as follows:

(1)     The Motion [DE _____] is hereby **GRANTED**.

(2)     Plaintiff shall have through and including **May 12, 2022** to file a response memorandum to address the arguments raised in Defendant BINANCE's Motion to Dismiss.

Civil Action No. 9:22-cv-80399-RS

(3)    Defendant BINANCE shall have through and including **May 31, 2022** to file a reply memorandum addressing the arguments presented in Plaintiff's opposition to the Motion to Dismiss.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this _____ day of April 2022.

_____
HONORABLE RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record