UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-80399-RS

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance,
a foreign company,

    Defendants.
_____/

*UNOPPOSED* **MOTION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

    Defendant Binance Holdings, Ltd. ("Binance"), under Federal Rule of Civil Procedure 6(b), respectfully moves for an extension of time, through May 31, 2022, within which to file its reply in support of its Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Failure to State a Claim [D.E. 8] (the "Motion to Dismiss"). In support of this motion, Binance states:

    1.    On March 14, 2022, the Plaintiff, Ulises Fernandez Miro, filed a Complaint for Damages [D.E. 1] (the "Complaint") against the Defendants, "John Doe" and Binance. The Complaint purports to assert a claim against Binance, under state law, for "aiding and abetting conversion." Complaint at Count II.

    2.    On April 18, 2022, Binance moved to dismiss the Plaintiff's Complaint, in its entirety. In its Motion to Dismiss, Binance argued that the Court should dismiss the Complaint for lack of personal jurisdiction over Binance and, alternatively, that the Court should dismiss the claim against Binance under Rule 12(b)(6), for failure to state a claim.

3. Under Southern District of Florida Local Rule 7.1(c), May 2, 2022 was the original deadline for the Plaintiff to file a response in opposition to Binance's Motion to Dismiss. On April 29, 2022, however, the Plaintiff and Binance filed a joint Motion to Enlarge Briefing Deadlines Regarding Defendant's Motion to Dismiss Complaint [D.E. 9], through which the parties requested (i) an extension through May 12, 2022 for the Plaintiff to file a response in opposition to the Motion to Dismiss, and (ii) an extension through May 31, 2022 for Binance to file a reply in support of the Motion to Dismiss. On May 3, 2022, the Court entered an order, granting the Plaintiff's requested extension of time to file a response, through May 12, 2022, but denying Binance's requested extension of time to file a reply, and requiring Binance to file its reply by May 19, 2022. [D.E. 12]. On May 12, 2022, the Plaintiff filed an extensive opposition to the Motion to Dismiss. *See* [D.E. 14].

4. Given the press of litigation, undersigned counsel's obligations in other pending matters, and the complexity of the issues raised in Binance's Motion to Dismiss and in the Plaintiff's opposition, additional time is necessary for Binance's counsel to adequately prepare Binance's reply in support of the Motion to Dismiss. For these reasons, Binance respectfully requests a brief extension of time, through May 31, 2022, within which to file its reply in support of the Motion to Dismiss.

5. Binance requests this extension in good faith, and not for any improper purpose. Additionally, Binance believes that the requested extension would not prejudice any of the parties or the Court, especially because the extension, if granted, would be Binance's first extension of any deadline in this case.

6.	On May 17, 2022, counsel for Binance conferred, by email, with the Plaintiff's counsel about the relief requested in this motion. The Plaintiff's counsel indicated that the Plaintiff ***does not oppose*** the requested extension of time.

For the above reasons, Binance respectfully requests that the Court enter an order, granting an extension of time, through May 31, 2022, for Binance to file its reply in support of the Motion to Dismiss. A proposed order granting this motion is attached as Exhibit A.

### **LOCAL RULE 7.1(a)(3) CERTIFICATE**

Under Southern District of Florida Local Rule 7.1(a)(3), counsel for Binance certifies that, on May 17, 2022, she conferred, by email, with the Plaintiff's counsel about the relief requested in this motion. The Plaintiff's counsel indicated that the Plaintiff ***does not oppose*** the requested extension of time.

*/s/ Karen R. King*
Karen R. King, Esq.

Dated: May 17, 2022                                       Respectfully submitted,

          **MARCUS NEIMAN**
          **RASHBAUM & PINEIRO LLP**

          By: */s/ Michael A. Pineiro*
          Daniel L. Rashbaum, Esq.
          Florida Bar No. 75084
          drashbaum@mnrlawfirm.com
          Michael A. Pineiro, Esq.
          Florida Bar No. 41897
          mpineiro@mnrlawfirm.com

          One Biscayne Tower
          2 South Biscayne Boulevard, Suite 2530
          Miami, Florida 33131
          Telephone: (305) 400-4268

          **MORVILLO ABRAMOWITZ GRAND**
          **IASON & ANELLO, P.C.**

          By: */s/ Karen R. King*
          Karen R. King, Esq.
          (Admitted *Pro Hac Vice*)
          kking@maglaw.com
          565 Fifth Avenue
          New York, New York 10017
          Telephone: (212) 856-9600

          *Counsel for Binance*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 17, 2022, a true and correct copy of the foregoing document was served via CM/ECF on all counsel or parties of record on the Service List.

          */s/ Michael A. Pineiro*
          Michael A. Pineiro, Esq.