## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## CASE NO. 22-CV-80399-RS

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance,
a foreign company,

    Defendants.
_____/

## [PROPOSED] ORDER ON *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

**THIS CAUSE** came before the Court on Defendant Binance Holdings, Ltd.'s ("Binance") Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss (the "Motion"). In the Motion, Binance requests an extension of time, through May 31, 2022, within which to file a reply in support of its Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Failure to State a Claim [D.E. 8] (the "Motion to Dismiss"). The Court, having considered the Motion, having been advised that the Plaintiff, Ulises Fernandez Miro, does not oppose the relief requested in the Motion, and being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED THAT**

The Motion is **GRANTED**. Binance shall have through May 31, 2022 to file its reply in support of the Motion to Dismiss.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Florida, this _____ day of May, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record