UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 22-CV-80399-RS

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance,
a foreign company,

    Defendants.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT
SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER**

Plaintiff Ulises Fernandez Miro ("Miro") and Defendant Binance Holdings, Ltd. ("Binance"), together ("the Parties"), respectfully move for an extension of time, until two weeks after resolution of Binance's pending Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Failure to State a Claim [D.E. 8] (the "Motion to Dismiss"), for the parties' to file the Joint Scheduling Report and Proposed Scheduling Order, as detailed in the Court's order dated May 4, 2022. [D.E. 13]. In support of this motion, the Parties state:

1. On March 14, 2022, the Plaintiff, Ulises Fernandez Miro, filed a Complaint for Damages [D.E. 1] (the "Complaint") against the Defendants, "John Doe" and Binance. The Complaint asserts a claim against Binance for "aiding and abetting conversion" (Count II).

2. On April 18, 2022, Binance moved to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction or, in the alternative, under Rule 12(b)(6), for failure to state a claim.

3. On May 4, 2022, the Court entered an order requiring the parties to prepare and file a joint scheduling report and proposed scheduling order with the Court by May 31, 2022. [D.E. 13]. The Order additionally required the parties to each file Certificates of Interested Parties and Corporate Disclosure Statements and any applicable Election to Jurisdiction of United States Magistrate Judge forms, also by May 31, 2022.  [*Id.*]

4. On May 3, 2002 and May 17, 2022, this Court granted extensions of time on deadlines for the opposition and reply briefs on the pending Motion to Dismiss.  [D.E. 12, 16.] That motion will now be fully briefed on May 31, 2022.

5. Because the pending motion to dismiss raises a threshold jurisdictional issue, the Parties respectfully submit that discussions about scheduling and discovery should be postponed until after that critical issue is resolved.  The Parties have conferred and jointly request an extension of time to submit a Joint Scheduling Report and Proposed Scheduling Order until two weeks after resolution of the pending Motion to Dismiss.

6. The Parties request this extension in good faith and not for any improper purpose. The requested extension would not prejudice any of the parties or the Court.  The extension, if granted, would be the first extension of this deadline.

7. On May 26, 2022, counsel for the Parties conferred, by telephone, about the relief requested in this motion. The Parties agreed to jointly seek this request.

For the above reasons, the Parties respectfully request that the Court enter an order, granting an extension of time to file a Joint Scheduling Report and Proposed Scheduling Order, until two weeks after the Court's entry of a decision on Binance's pending Motion to Dismiss.  A proposed order granting this motion is attached as Exhibit A.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Under Southern District of Florida Local Rule 7.1(a)(3), counsel for Binance certifies that, on May 26, 2022, she conferred, by telephone, with the Plaintiff's counsel about the relief requested in this motion. Plaintiff's counsel indicated that the Plaintiff joint in this request for extension of time.

/s/ Karen R. King
Karen R. King, Esq.

Dated:  May 27, 2022                                     Respectfully Submitted,

**SILVER MILLER**
/s/ David C. Silver
David C. Silver
Florida Bar No. 572764
Email: DSilver@SilverMillerLaw.com
Jason S. Miller
Florida Bar No. 072206
Email: JMiller@SilverMillerLaw.com

4450 NW 126th Avenue – Suite 101
Coral Springs, Florida 33065
Telephone:  (954) 516-6000

*Counsel for Plaintiff Ulises Fernandez Miro*

**MARCUS NEIMAN**
**RASHBAUM & PINEIRO LLP**
/s/ Michael A. Pineiro
Daniel L. Rashbaum, Esq.
Florida Bar No. 75084
drashbaum@mnrlawfirm.com
Michael A. Pineiro, Esq.
Florida Bar No. 41897
mpineiro@mnrlawfirm.com

One Biscayne Tower
2 South Biscayne Boulevard, Suite 2530
Miami, Florida 33131
Telephone:  (305) 400-4268

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.**

By: /s/ Karen R. King
Karen R. King, Esq.
(Admitted *Pro Hac Vice*)
kking@maglaw.com
565 Fifth Avenue
New York, New York 10017
Telephone: (212) 856-9600

*Counsel for Binance*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 27, 2022, a true and correct copy of the foregoing document was served via CM/ECF on all counsel or parties of record on the Service List.

*/s/ Michael A. Pineiro*
Michael A. Pineiro, Esq.