# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 22-CV-80399-RS**

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance,
a foreign company,

    Defendants.
_____/

**[PROPOSED] ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING REPORT AND PROPOSED SCHEDULING ORDER**

**THIS CAUSE** came before the Court on the Parties' Joint Motion for Extension of Time to File Joint Scheduling Report and Proposed Scheduling Order (the "Motion"). In the Motion, the Parties request an extension of time, until two weeks after the Court's decision on the pending Motion to Dismiss, [D.E. 8] within which to file the Joint Scheduling Report and Proposed Scheduling Order as detailed in the Court's May 4, 2022 order. [D.E. 13].

It is hereby

**ORDERED AND ADJUDGED THAT**

The Motion is **GRANTED**. The Parties shall have through the date two weeks following the Court's entry of its decision on the pending Motion to Dismiss [D.E. 8] to file the Joint Scheduling Report and Proposed Scheduling Order.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Florida, this _____ day of May, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of record