# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80399-RS**

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company;

    Defendants.

_____/

## [PROPOSED] SCHEDULING ORDER SETTING CIVIL TRIAL DATE AND PRETRIAL SCHEDULE

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning twelve (12) months after resolution of the pending motion to dismiss, if needed.[1] If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The Calendar Call will be held at 9:00 a.m. on Tuesday before the trial date.[2] The parties shall adhere to the following schedule:[3]

| | | |
|---|---|---|
| 1. | Joinder of any additional parties and filing of motion to amend the pleadings by | **Thirty (30) days from resolution of the pending motion to dismiss, if needed.** |

---

[1] In all **Expedited Track** cases (S.D. Fla. L.R. 16.1(a)(2)(A)) and all actions brought pursuant to **the Fair Labor Standards Act, Title III of the Americans with Disabilities Act, the Fair Debt Collection Practices Act, or to recover amounts due on a defaulted student loan**, the Trial *shall occur within nine months of the date Plaintiff(s) filed the action*.

In all **Standard Track** cases (S.D. Fla. L.R. 16.1(a)(2)(B)), the Trial *shall occur within <u>twelve to eighteen months</u> of the date Plaintiff(s) filed the action*.

[2] **Tuesday before Trial date**.

[3] Additionally, in cases arising from administrative agency determinations and/or appeals thereof, the parties should provide a deadline for the filing of the administrative record.

Civil Action No. 9:22-cv-80399-RS

| | | |
|---|---|---|
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **Sixty (60) days from resolution of the pending motion to dismiss, if needed.** |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Four (4) months from resolution of the pending motion to dismiss, if needed.** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Five (5) months from resolution of the pending motion to dismiss, if needed.** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Six (6) months from resolution of the pending motion to dismiss, if needed.** |
| 6. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **Three (3) months from resolution of the pending motion to dismiss, if needed.** |
| 7. | Fact discovery shall be completed by | **Four (4) months from resolution of the pending motion to dismiss, if needed.** |
| 8. | Expert discovery shall be completed by | **Seven (7) months from resolution of the pending motion to dismiss, if needed.** |
| 9. | Mediation shall be completed by<br>**[no more than one month after the close of discovery]** | **Eight (8) months from resolution of the pending motion to dismiss, if needed.** |

Civil Action No. 9:22-cv-80399-RS

| 10. | Dispositive motions, including summary judgment and Daubert, shall be filed by **[at least four months before the date for filing the Pretrial Stipulation]** | **Eight (8) months from resolution of the pending motion to dismiss, if needed.** |
|---|---|---|
| 11. | Deposition designations and counter designations shall be filed by **[at least two months before Trial date]** <br><br> The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions. | **Two (2) months prior to trial date.** |
| 12. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by **[at least one month before Trial date]** <br><br> Prior to filing any motions in limine, the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions in limine, they shall be filed as a single omnibus motion. All motions in limine and the responses shall be limited to one page per issue. No replies shall be permitted. | **Thirty (30) days prior to trial date.** |
| 13. | Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by **[at least one month before Trial date]** <br><br> When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. | **Thirty (30) days prior to trial date.** |

Civil Action No. 9:22-cv-80399-RS

Respectfully submitted,

| | |
|---|---|
| /s/ David C. Silver<br>David C. Silver, Esq.<br>Jason S. Miller, Esq.<br>**SILVER MILLER**<br>4450 NW 126th Avenue - Suite 101<br>Coral Springs, Florida 33065<br>Telephone: (954) 516-6000<br>E-mail: DSilver@SilverMillerLaw.com<br>JMiller@SilverMillerLaw.com<br><br>*Counsel for Plaintiff Ulises Fernandez Miro* | /s/ Michael A. Pineiro<br>Michael A. Pineiro, Esq.<br>**MARCUS NEIMAN & RASHBAUM LLP**<br>2 South Biscayne Boulevard - Suite 2530<br>Miami, Florida 33131<br>Telephone: (305) 400-4261<br>E-mail: mpineiro@mnrlawfirm.com<br><br>/s/ Karen R. King<br>Karen R. King, Esq.<br>**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.**<br>565 Fifth Avenue<br>New York, New York 10017<br>Telephone: (212) 856-9600<br>Facsimile: (212) 856-9494<br>E-mail: kking@maglaw.com<br><br>*Counsel for Defendant Binance Holdings, Ltd. d/b/a Binance* |

**DONE, ORDERED, AND ADOPTED** in Chambers in Fort Lauderdale, Broward County, Florida, this _____ day of June 2022.

                                                              HONORABLE RODNEY SMITH
                                                              UNITED STATES DISTRICT JUDGE

cc: all parties and counsel of record