# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80399-RS**

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company;

    Defendants.

_____/

## ELECTION TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

| | Yes | No |
|---|---|---|
| **1. Motions to Dismiss** | | XXX |
| **2. Motions for Summary Judgment** | | XXX |
| **3. Motions for Attorneys' Fees** | | XXX |
| **4. Motions for Costs** | | XXX |
| **5. Motions for Sanctions** | | XXX |
| **6. All Pretrial Motions** | | XXX |
| **7. Discovery** | | XXX |
| **8. Other (explain below)** | | XXX |

Civil Action No. 9:22-cv-80399-RS

- 2 -

Respectfully submitted,

| | |
|---|---|
| /s/ David C. Silver | /s/ Michael A. Pineiro |
| David C. Silver, Esq. | Michael A. Pineiro, Esq. |
| Jason S. Miller, Esq. | **MARCUS NEIMAN & RASHBAUM LLP** |
| **SILVER MILLER** | 2 South Biscayne Boulevard - Suite 2530 |
| 4450 NW 126th Avenue - Suite 101 | Miami, Florida 33131 |
| Coral Springs, Florida 33065 | Telephone:   (305) 400-4261 |
| Telephone:   (954) 516-6000 | E-mail:   mpineiro@mnrlawfirm.com |
| E-mail:  DSilver@SilverMillerLaw.com | |
|            JMiller@SilverMillerLaw.com | /s/ Karen R. King |
| | Karen R. King, Esq. |
| *Counsel for Plaintiff Ulises Fernandez Miro* | **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.** |
| | 565 Fifth Avenue |
| | New York, New York 10017 |
| | Telephone:   (212) 856-9600 |
| | Facsimile:   (212) 856-9494 |
| | E-mail:   kking@maglaw.com |
| | |
| | *Counsel for Defendant Binance Holdings, Ltd. d/b/a Binance* |