# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80399-RS**

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company;

    Defendants.

_____/

## NOTICE OF STRIKING DE 23

Plaintiff ULISES FERNANDEZ MIRO, an individual ("Plaintiff"), by and through undersigned counsel and pursuant to a notification issued by the Clerk of Court [Docket Entry No. ("DE") 24], hereby files this Notice of Striking Plaintiff's Certificate of Interested Persons (Dated: May 31, 2022) [DE 23]. Plaintiff will re-file his Certificate of Interested Persons using the CM/ECF descriptor "Certificate of Other Affiliates/Corporate Disclosure Statement."

Dated: June 1, 2022

    Respectfully submitted,

    **SILVER MILLER**
    4450 NW 126th Avenue - Suite 101
    Coral Springs, Florida 33065
    Telephone: (954) 516-6000

    By: */s/ David C. Silver*
        DAVID C. SILVER
        Florida Bar No. 572764
        E-mail: DSilver@SilverMillerLaw.com
        JASON S. MILLER
        Florida Bar No. 072206
        E-mail: JMiller@SilverMillerLaw.com

    *Counsel for Plaintiff Ulises Fernandez Miro*

Civil Action No. 9:22-cv-80399-RS

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this __1st__ day of June 2022 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **MICHAEL A. PINEIRO, ESQ.**, MARCUS NEIMAN RASHBAUM & PINEIRO LLP, *Counsel for Defendant Binance*, 2 South Biscayne Boulevard - Suite 2530, Miami, FL 33131, E-mail: mpineiro@mnrlawfirm.com; and **KAREN R. KING, ESQ.**, MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C., *Counsel for Defendant Binance*, 565 Fifth Avenue, New York, NY 10017, E-mail: kking@maglaw.com.

                                       */s/ David C. Silver*
                                         DAVID C. SILVER