# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Civil Action No. 9:22-cv-80399-RS**

ULISES FERNANDEZ MIRO, an individual,

    Plaintiff,

v.

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company;

    Defendants.

_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff ULISES FERNANDEZ MIRO, an individual ("Plaintiff"), by and through undersigned counsel and pursuant to this Court's May 4, 2022 "Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements" [Docket Entry No. ("DE") 13], hereby files his Certificate of Interested Persons as follows:

Plaintiff certifies, based on his information and belief, that the following persons and entities may have a financial interest in the outcome of this case:

1. Ulises Fernandez Miro (*Plaintiff*)

2. Binance Holdings, Ltd. d/b/a Binance (*Defendant*)

3. David C. Silver, Esq. (*Counsel for Plaintiff*)

4. Jason S. Miller, Esq. (*Counsel for Plaintiff*)

5. Michael A. Pineiro, Esq. (*Counsel for Defendant*)

6. Karen A. King, Esq. (*Counsel for Defendant*)

Dated: June 1, 2022

Civil Action No. 9:22-cv-80399-RS

Respectfully submitted,

**SILVER MILLER**
4450 NW 126th Avenue - Suite 101
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By:   */s/ David C. Silver*
       DAVID C. SILVER
       Florida Bar No. 572764
       E-mail:  DSilver@SilverMillerLaw.com
       JASON S. MILLER
       Florida Bar No. 072206
       E-mail: JMiller@SilverMillerLaw.com

       *Counsel for Plaintiff Ulises Fernandez Miro*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was electronically filed with the Clerk of Court on this   1st   day of June 2022 by using the CM/ECF system and that a true and correct copy will be served via electronic mail to: **MICHAEL A. PINEIRO, ESQ.**, MARCUS NEIMAN RASHBAUM & PINEIRO LLP, *Counsel for Defendant Binance*, 2 South Biscayne Boulevard - Suite 2530, Miami, FL 33131, E-mail: mpineiro@mnrlawfirm.com; and **KAREN R. KING, ESQ.**, MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C., *Counsel for Defendant Binance*, 565 Fifth Avenue, New York, NY 10017, E-mail: kking@maglaw.com.

          */s/ David C. Silver*
           DAVID C. SILVER