## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ULISES FERNANDEZ MIRO, an individual, | Case No. 22 Civ. 80399 (RS) |
| Plaintiff, | Hon. Rodney Smith |
| - v. - | |
| JOHN DOE, an individual; and BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; | |
| Defendants. | |

### NOTICE OF STRIKING DEFENDANT BINANCE HOLDINGS, LTD'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM [D.E. 19]

Defendant Binance Holdings Ltd ("Binance"), consistent with a notification issued by the Clerk of the Court [D.E. 26], hereby gives notice of the striking of Defendant Binance Holdings Ltd's Reply Memorandum of Law in Further Support of Its Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Failure to State a Claim [D.E. 19] (the "Reply"). Binance will refile the Reply to correct the login/signature block violation identified by the Clerk.

Dated:  June 1, 2022

Respectfully submitted,

By: */s/ Daniel L. Rashbaum*
**MARCUS NEIMAN**
**RASHBAUM & PINEIRO LLP**
Daniel L. Rashbaum
Michael A. Pineiro
2 South Biscayne Boulevard
Suite 2530
Miami, Florida 33131
Tel:  305-400-4261
drashbaum@mnrlawfirm.com
mpineiro@mnrlawfirm.com

**MORVILLO ABRAMOWITZ GRAND**
**IASON & ANELLO, P.C.**
Karen R. King (Admitted *Pro Hac Vice*)
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
kking@maglaw.com

*Counsel for Defendant Binance Holdings, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on June 1, 2022 via transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record.

*/s/ Daniel L. Rashbaum*
Daniel L. Rashbaum