**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ULISES FERNANDEZ MIRO, an individual, | Case No. 22 Civ. 80399 (RS) |
| Plaintiff, | Hon. Rodney Smith |
| - v. - | |
| JOHN DOE, an individual; and BINANCE HOLDINGS, LTD. d/b/a Binance, a foreign company; | |
| Defendants. | |

**NOTICE OF STRIKING DEFENDANT BINANCE HOLDINGS, LTD'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES [D.E. 20]**

Defendant Binance Holdings Ltd ("Binance"), consistent with a notification issued by the Clerk of the Court [D.E. 25], hereby gives notice of the striking of Defendant Binance Holdings Ltd's Corporate Disclosure Statement and Certification of Interested Entities [D.E. 20]. Binance will refile the Corporate Disclosure Statement and Certification of Interested Entities to correct the login/signature block violation identified by the Clerk.

Dated:  June 1, 2022

Respectfully submitted,

By: */s/ Daniel L. Rashbaum*
**MARCUS NEIMAN RASHBAUM & PINEIRO LLP**
Daniel L. Rashbaum
Michael A. Pineiro
2 South Biscayne Boulevard
Suite 2530
Miami, Florida 33131
Tel:  305-400-4261
drashbaum@mnrlawfirm.com
mpineiro@mnrlawfirm.com

**MORVILLO ABRAMOWITZ GRAND IASON & ANELLO, P.C.**
Karen R. King (Admitted *Pro Hac Vice*)
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
kking@maglaw.com

*Counsel for Defendant Binance Holdings, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on June 1, 2022 via transmission of Notices of Electronic Filing generated by CM/ECF to all counsel of record.

*/s/ Daniel L. Rashbaum*
Daniel L. Rashbaum

2