**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

---

ULISES FERNANDEZ MIRO, an individual,

                    Plaintiff,

              - v. -

JOHN DOE, an individual;
and BINANCE HOLDINGS, LTD. d/b/a Binance,
     a foreign company;

                  Defendants.

Case No. 22 Civ. 80399 (RS)

Hon. Rodney Smith

---

**DEFENDANT BINANCE HOLDINGS LTD'S CORPORATE**
**DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES**

Pursuant to Federal Rule of Civil Procedure 7.1, Binance Holdings Ltd. states that it has no parent corporation and no publicly held corporation owns 10 percent or more of its stock, and only the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Changpeng Zhao

Dated: June 1, 2022

Respectfully submitted,

By: */s/* Daniel L. Rashbaum
**MARCUS NEIMAN**
**RASHBAUM & PINEIRO LLP**
Daniel L. Rashbaum
Michael A. Pineiro
2 South Biscayne Boulevard
Suite 2530
Miami, Florida 33131
Tel:  305-400-4261
drashbaum@mnrlawfirm.com
mpineiro@mnrlawfirm.com

**MORVILLO ABRAMOWITZ GRAND**
**IASON & ANELLO, P.C.**
Karen R. King (Admitted *Pro Hac Vice*)
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
kking@maglaw.com

*Counsel for Defendant Binance Holdings,*
*Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on June 1, 2022 via transmission

of Notices of Electronic Filing generated by CM/ECF to all counsel of record.

*/s/ Daniel L. Rashbaum*
Daniel L. Rashbaum